IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Dora Ann Burnett, *et al.*, | § | |
|     Plaintiff | § | |
| | § | |
| and | § | |
| | § | |
| Party with Interest Medicare | § | |
| Secondary Payer Act | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:14-CV-1048 |
| | § | |
| ConocoPhillips; *et. al.*, | § | |
|     Defendants | § | |

**THE ACE DEFENDANTS'**
**RULE 12(b)(6) MOTION TO DISMISS**

TO:    Pro se Plaintiff, Dora Ann Burnett, 3607 Lauren Trail, Pearland, Texas 77581, dorannswan@att.net.

**PLEASE TAKE NOTICE** that Defendants ACE American Insurance Company, ACE Property and Casualty Insurance Company, ESIS, Inc., Pacific Employers Insurance Company, and Sonia Godinez (collectively the "ACE Defendants"), by and through their undersigned counsel, move before the Honorable Nancy F. Atlas, U.S.D.J., in the United States District Court for the Southern District of Texas, Houston Division for an Order dismissing all of Plaintiff's claims against them with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that ACE Defendants will rely upon the accompanying Memorandum of Law.  A proposed form of Order is also included.

Respectfully submitted,

*Alicia G. Curran*

Alicia G. Curran (Lead Attorney)
Texas Bar No. 12587500
Southern District Bar No. 19226
acurran@cozen.com
Cozen O'Connor
1717 Main Street, Suite 3400
Dallas, Texas  75201-7335
Telephone:  (214) 462-3000

Attorneys for Defendants ACE American Insurance Company, ACE Property and Casualty Insurance Company, ESIS, Inc., Pacific Employers Insurance Company, and Sonia Godinez

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd of May, 2014, I caused to be served a true and correct copy of Defendants' Motion to Dismiss and Supporting Memorandum of Law by email and ECF upon:

| | |
|---|---|
| Dora Ann Burnett<br>3607 Lauren Trail<br>Pearland, Texas 77581<br>dorannswan@att.net<br>**Pro Se Plaintiff** | Vincent Eugene Morgan<br>Pillsbury Winthrop, et al.<br>2 Houston Center<br>909 Fannin, Suite 2000<br>Houston, TX 77010<br>vince.morgan@pillsburylaw.com<br>**Attorneys for Defendants Chevron Phillips Chemical Company; Chevron Phillips Chemical Company LP; Chevron Phillips Chemical Company LLC, ConocoPhillips, Phillips Petroleum Co., David Heinsohn, Virginia Hubbard, Myke Capps, Lisa Laurin, Sheila Feldman, Tim Kiehi, James Mulva, Ryan Lance, Peter Cella, Diane Santori, Savanna Sam (collectively "Chevron Phillips and ConocoPhillips Defendants")** |
| Christine A. Nowak<br>Dykema Gossett, PLLC<br>1717 Main Street, Ste. 4000<br>Dallas, Texas 75021<br>cnowak@dykema.com<br>**Attorneys for Defendant AETNA Life Insurance Company** | Jason M. Storck<br>900 S. Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, Texas 78759-8497<br>jstorck@wsgr.com<br>**Attorneys for Defendant Benefit Concepts, Inc. of Rhode Island** |
| Bradley E. Chambers<br>Valerie Henderson<br>1301 McKinley St., Ste. 3700<br>Houston, Texas 77010<br>bchambers@bakerdonelson.com<br>vhenderson@bakerdonelson.com<br>**Attorneys for Defendant Crawford & Company** | Ronald E. Tigner<br>Karl A. Schulz<br>Cozen O'Connor<br>1221 McKinney, Suite 2900<br>Houston, Texas 77010<br>rtigner@cozen.com<br>kschulz@cozen.com<br>**Attorneys for Oil Company Insurance Limited (OCIL) of Bermuda** |

Linda G. Moore
Estes Okon Thorne & Carr PLLC
3500 Maple Ave., Ste. 1100
Dallas, Texas 75219
lmoore@estesokon.com
**Attorneys for Defendants MetLife Metropolitan Life Insurance and Metropolitan Life Insurance Company**

Andrew F. MacRae
Levatino Pace LLP
1101 S. Capital of Texas Highway
Building K, Ste. 125
Austin, Texas 78746
amacrae@levatinopace.com
**Attorneys for Defendant Dearborn National Life Insurance Company**

James M. Loughlin
Stone Loughlin & Swanson, LLP
P.O. Box 30111
Austin, Texas 78755
jloughlin@slsaustin.com
**Attorneys for Defendant Texas Property and Casualty Insurance Guaranty Association**

Roger D. Oppenheim
Lorance & Thompson, P.C.
2900 North Loop West, Suite 500
Houston, Texas 77092
rdo@lorancethompson.com
**Attorneys for Defendant Charles Covert, M.D.**

Patrick M. Flynn
Patrick M. Flynn, P.C.
1225 N. Loop West, Suite 1000
Houston, Texas 77008
pat@pmfpc.com
**Attorneys for Defendants Cheryl Hartman, Jimmy Easter, Jim Lefton and John Mickey Breaux (collectively "Union Defendants")**

Adrienne Butcher
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
adrienne.butcher@texasattorneygeneral.gov
**Attorneys for Texas Attorney General**

*Alicia G. Curran*

Alicia G. Curran