| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:14-cv-01048 |
|---|---|---|---|
| In Re: Dora Ann Burnett, et al. | | | |
| *versus* | | | |
| ConocoPhillips, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Frederick A. Brodie<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039<br>(212) 858-1628<br>NY 2255321 |
|---|---|
| Seeks to appear for this party: | Chevron Phillips and ConocoPhillips Defendants |
| Dated: May 27, 2014 | Signed: *[signature]* Frederick A. Brodie |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge