IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DORA ANN BURNETT,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-14-1048 |
| CONOCOPHILLIPS, *et al.*,<br>　　Defendant. | §<br>§<br>§ | |

## **REMAND ORDER**

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that this case is **REMANDED** to the 149th Judicial District Court of Brazoria County, Texas, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this **29th** day of **May, 2014.**

_____
Nancy F. Atlas
United States District Judge